## TOWN OF CANTERBURY *v.* COMMISSIONER OF ENVIRONMENTAL PROTECTION

The plaintiff's petition for certification for appeal from the Appellate Court, 62 Conn. App. 816 (AC 20474), is denied.

*Kevin M. Tighe*, in support of the petition.

*Anthony Jannotta*, assistant attorney general, in opposition.

Decided June 27, 2001

## STATE OF CONNECTICUT *v.* WILLIAM DRAKEFORD, JR.

The defendant's petition for certification for appeal from the Appellate Court, 63 Conn. App. 419 (AC 19048), is granted, limited to the following issue:

"Did the Appellate Court properly affirm the trial court's finding of no conflict of interest under the facts of this case?"

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 16551.

*William B. Westcott*, special public defender, in support of the petition.

*Linda N. Howe*, assistant state's attorney, in opposition.

Decided June 27, 2001